228 So.2d 482

**Rufus R. BUDD**

v.

**NICHOLS CONSTRUCTION COMPANY et al.**

**No. 50147.**

Dec. 11, 1969.

In re: Rufus R. Budd applying for certiorari or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 225 So.2d 636.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.

228 So.2d 483

**Kenneth Wayne MATTHEWS et al.**

v.

**ALL AMERICAN ASSURANCE COMPANY.**

**No. 50171.**

Dec. 11, 1969.

In re: Kenneth Wayne Matthews et al. applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Vermilion. 226 So.2d 181.

Writ refused. Under the facts found by the Court of Appeal the judgment is correct.

FOURNET, C. J., takes no part.